■ TIMOTHY J. DADDARIO, Respondent, v BUSINESS VENTURE ASSOCIATES LIMITED PARTNERSHIP, Appellant. [934 NYS2d 899]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.